**FORM A**

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/02

*US DIST COURT CLERK*
*WESTERN DISTRICT OF KY*
*05 FEB -8 PM 12:05*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Cia Michelle Carter
_____

_____
(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. **3:05CV-P83-H**
(To be supplied by the clerk)

Mr. David Perry
_____

Ex-Probation and Parole Officer
_____

( ) DEMAND FOR JURY TRIAL

(✓) NO JURY TRIAL DEMAND
(Check only one)

_____
(Full name of the Defendant(s) in this action)

I.  PARTIES

Name of Plaintiff: Cia Michelle Carter

Place of Confinement: K.C.I.W.

Address: P.O. Box 337  Pewee Valley, Kentucky 40056

Status of Plaintiff: CONVICTED ( x ) PRETRIAL DETAINEE ( __ )

Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named.

(1) Defendant Mr. David Perry _____ is employed as

An ex-probation & parole officer  Parole office in Louisville, Kentucky

The Defendant is being sued in his/her ( X ) individual and/or ( x ) official capacity.

(2) Defendant _____N/A_____ is employed as

_____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3) Defendant _____N/A_____ is employed as

_____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____N/A_____ is employed as

_____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(5) Defendant _____N/A_____ is employed as

_____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in State or Federal Court dealing with the <u>same facts</u> involved in this action? YES (___) NO ( X )

B. If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

1. Parties to the previous lawsuits:

   Plaintiff(s): _____N/A_____

   Defendant(s): _____N/A_____

Court (if federal court, name the district. If state court, name the county):

_____ N/A _____

Docket number: _____

Name of judge to whom the case was assigned: _____ N/A _____

Type of case (for example, habeas corpus or civil rights action): ___ N/A ___

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): __ N/A _____

Approximate date of filing lawsuit: ___ N/A _____

Approximate date of disposition: _____ N/A _____

## III. GRIEVANCE PROCEDURES

A. Is there a prisoner grievance procedure at the institution where you claim the incidents occurred?    YES (___) NO ( X )

(If there is no grievance procedure, go to Question "E." If there is a grievance procedure, go to the next question)

B. Did you present the facts relating to each claim set forth in this complaint in the prisoner grievance procedure? YES (___) NO (___)

C. If your answer to "B" is NO, explain why you did not use the grievance procedure: _____

_____

D. If your answer to "B" is YES answer the following questions. (If you used the grievance procedure in a *city or county jail*, answer questions No. 1(a)-1(i) below. If you used the grievance procedure in a *state correctional facility*, answer questions No. 2(a)-2(m) below. If you used the administrative remedy program in a *federal correctional facility*, answer questions No. 3(a)-3(q) below.) (Attach a copy of your grievance(s) and all response(s))

*City or County Jail Grievance Procedures*

1(a). On what date did you file your grievance? _____

1(b). Which claims did you grieve? __N/A__

1(c). With whom did you file your grievance? __N/A__

1(d). What was the result? __N/A__

1(e). What was the date of the result? __N/A__

1(f). Did you appeal the decision to a higher official or to the jailer?
YES (___) NO (___)

1(g). On what date did you file your appeal? __N/A__

1(h). What was the result? __N/A__

1(i). What was the date of the result? __N/A__

### State Correctional Facility Grievance Procedures

2(a). On what date did you file your grievance? __N/A__

2(b). Which claims did you grieve? __N/A__

2(c). With whom did you file your grievance? __N/A__

2(d). What was the result? __N/A__

2(e). What was the date of the result: __N/A__

2(f). Did you appeal the decision to the institution's warden? YES (___) NO (___)

2(g). On what date did you file your appeal? __N/A__

2(h). What was the result? __N/A__

2(i). What was the date of the result? __N/A__

2(j). Did you appeal the warden's decision to the Commissioner for the Department of Corrections? YES (__) NO (__)

2(k). On what date did you file your appeal to the Commissioner? __N/A__

2(l). What was the result? __N/A__

2(m). What was the date of the result? __N/A__

*Federal Administrative Remedy Program*

3(a). On what date did you seek informal resolution of your grievance? __N/A__

3(b). Which claims did you present in the informal resolution process? __N/A__

_____

_____

3(c). With whom did you file the informal resolution request? __N/A__

3(d). What was the result? __N/A__

3(e). What was the date of the result? __N/A__

3(f). Did you file a formal written Administrative Remedy Request? YES (__) NO (__)

3(g). On what date did your file this request? __N/A__

3(h). What was the result? __N/A__

3(i). What was the date of the result? __N/A__

3(j). Did you appeal the warden's decision to the Regional Director? YES (__) NO (__)

3(k). On what date did you file your appeal to the Director? __N/A__

3(l). What was the result? __N/A__

3(m). What was the date of the result? __N/A__

3(n). Did you appeal the Regional Director's decision to the General Counsel?
YES (__) NO (__)

3(o). On what date did you file your appeal to the General Counsel?  N/A

3(p). What was the result?  N/A

3(q). What was the date of the result?  N/A

E. If there is no grievance procedure in the institution, did you complain to the institution's authorities: YES (x) NO (__)

F. If your answer to "E" is YES,

1. What steps did you take? (attach copies of any written complaints you filed)
I was sexually harassed and assualted by Parole Officer David Perry at a residence in Louisville, Kentucky. I was taken to the Jefferson County Jail and complained to the grievance clerk in May of 2003.

2. What was the result? (attach copies of any written responses you received)
I was told that the indicent happened outside of the jail and I could not do anything.

3. What was the date of the result?  There was no result.

## IV. STATEMENT OF CLAIM

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert a number of different claims, number and set forth each claim in separate paragraphs. (Attach copies of all grievances and responses)

I was on parole in 2003. Mr. David Perry was not my parole officer, however, he was the parole officer of some people that I knew that got high. Mr. Perry knew that I got high and he said he could help out with my own parole officer if I'd agree to give him oral sex, like the others. I

6

refused to do so. Two days later Mr. Perry and 3 other officers came to a house where I was and Mr. Perry began beating me in the face. I started screaming and asking why this was happening. He said I'd absconded parole supervision. I had not absconded. There was no parole violator warrant out for me. I had called in and re-scheduled my appointment. After I went to jail with 2 black eyes, 8 days later a parole violator warrant was issued. Mr. Perry alleged that I was revoked, not for absconding. However, Mr. Perry never pressed charges against me because he knew what he'd been doing and the truth would come out.

## V. RELIEF

State exactly what you want the Court to do for you. If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must file your claim under 28 U.S.C. §§ 2241, 2254 or 2255. The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ __1 (one) million dollars__.

_____ grant injunctive relief by _____

__X__ award punitive damages in the amount of $ __50,000__

__X__ other: __Pay for my medical bills. I was assualted, and falsely__ arrested. He asked me for sexual favors in order to help me out with my parole officer.

7

VI. DECLARATION UNDER PENALTY OF PERJURY (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 18th day of October, 2004

_Mo. Cia Michelle Carter_
(Signature of Plaintiff)

_N/A_
(Signature of additional Plaintiff)

_N/A_
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 18th of October, 2004

_M. Cia Michelle Carter_
(Signature)

8